**DISMISS and Opinion Filed March 4, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-21-01161-CV
_____

## FARZAD ROHANI, SOROUSH ROUHANI, FARSHAD ROUHANI AND MASHID ROUHANI, Appellants
## V.
## TASTEE KREME #2 INC., VAHID KARAMI, AND FARIBA REIHANI, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-15477**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Justice Smith

This appeal from two interlocutory discovery sanctions orders was filed December 28, 2021. By motion filed February 4, 2022, appellees assert the orders are not appealable and request dismissal of the appeal as well as damages under Texas Rule of Appellate Procedure 45. Appellants have not filed a response.

It is well-settled that an appeal may not be taken from an interlocutory discovery sanctions order. *See Bodnow Corp. v. City of Hondo*, 721 S.W.2d 839, 840 (Tex. 1986) (per curiam) (discovery sanctions order is appealable upon final

judgment). Accordingly, we grant the request to dismiss and dismiss the appeal. *See* TEX. R. APP. P. 42.3(a); *Bodnow*, 721 S.W.2d at 840. We deny the request for damages.

/Craig Smith/
CRAIG SMITH
JUSTICE

211161F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

FARZAD ROHANI, SOROUSH ROUHANI, FARSHAD ROUHANI AND MASHID ROUHANI,

Appellants

No. 05-21-01161-CV      V.

TASTEE KREME #2 INC., VAHID KARAMI AND FARIBA REIHANI,

Appellees

On Appeal from the 44th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-19-15477. Opinion delivered by Justice Smith, Chief Justice Burns and Justice Molberg participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Tastee Kreme #2 Inc., Vahid Karami and Fariba Reihani recover their costs, if any, of this appeal from appellants Farzad Rohani, Soroush Rouhani, Farshad Rouhani and Mashid Rouhani.

Judgment entered March 4, 2022.